In the Matter of BARRY EQUITY CORP., Appellant. JACOB ELISHEWITZ & SONS Co., INC., Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante,* p. 881.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 277 WEST END AVE. Co., INC., Respondent, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Appellants. [269–279 West End Ave., Borough of Manhattan.] (1942.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. 277 WEST END AVE. Co., INC., Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Appellants. (1944.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. 277 WEST END AVE. Co., INC., Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Appellants. (1945.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. 277 WEST END AVE. Co., INC., Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants. (1946.) — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 853.]

In the Matter of LESLIE LEASING CORP., Appellant. JOHN L. JERRO et al., Doing Business as JERRO BROS., et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 876.]

JARVIS TOWING & TRANSPORTATION CORPORATION et al. v. AETNA INSURANCE COMPANY et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 853.]

FRANCES B. MENDOZA v. ARMANDO E. MENDOZA.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante,* p. 877.]

EGG MART, INC., v. PILGRIM HYGRADE ICE CREAM, INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 874.]

In the Matter of the Estate of EDWIN McCAFFERY, Deceased. WALTER B. MURPHY, Appellant; PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, as Administrator of the Estate of EDWIN McCAFFERY, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 851.]

## (March 31, 1948.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENEDETTO ROMEO, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.